BLANCHE F. VAN NESS, as Administratrix of the Estate of WILLIAM C. VAN NESS, Deceased, Appellant, *v.* EDWARD JACKSON et al., Defendants, and BEDFORD CHEVROLET SALES CORPORATION, Respondent.

Submitted September 30, 1940; decided October 8, 1940.

*William P. Rafferty* for motion.

*Samuel Binder* opposed.

Motion denied on the ground that the appeal has now been perfected.

TOWN OF PUTNAM VALLEY, Respondent, *v.* SAMUEL L. SLUTZKY, Appellant.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 334.)